FILED

MAY 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:, | CASE NO: 1:12-SW-00383 SKO |
| WHITE TOYOTA MINIVAN, CA LICENSE 5ZMV637; SILVER HONDA SEDAN, CA LICENSE 6KXU493; AND BLACK ACURA TL, CA LICENSE 6VLR693 | ORDER TO UNSEAL DELAYED NOTIFICATION |

The delayed notifications in support of the above-referenced search warrant, having previously been sealed by orders of this Court, no longer needing to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the application and order to delay notification herein be unsealed and made public record.

DATED: May 2⁄, 2013

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Order to Unseal SW                              1